**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-1888**

───────────────

DORA L. ADKINS,

> Plaintiff - Appellant,

> v.

MERCEDES-BENZ USA, LLC,

> Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:21-cv-00419-RDA-JFA)

───────────────

Submitted:  October 18, 2022                          Decided:  October 20, 2022

───────────────

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Dora L. Adkins, Appellant Pro Se.  Diane Pulley Flannery, Andrew Franklin Gann, Jr., MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order imposing a prefiling injunction against her. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adkins v. Mercedes-Benz USA, LLC*, No. 1:21-cv-00419-RDA-JFA (E.D. Va. Aug. 17, 2022). We grant Adkins' motions to amend or correct her informal brief and for leave to file an amended informal brief and deny her motions to vacate and remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*